IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIANN MAYS, | No. CIV S-11-2405-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On October 31, 2011, the court directed plaintiff to show cause in writing why this action should not be dismissed for failure to submit service documents to the United States Marshal. Plaintiff responded on December 7, 2011, indicating that he had submitted the required documents and a review of the docket reflects that defendant has filed a notice of appearance. The order to show cause is, therefore, discharged.

/ / /

/ / /

1

IT IS SO ORDERED.

DATED: December 16, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE